1  GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
   Morris J. Baller (State Bar No. 048928)
2  mballer@gdblegal.com
   300 Lakeside Drive, Suite 1000
3  Oakland, CA 94612
4  Telephone: (510) 763-9800
   Facsimile: (510) 835-1417
5  Attorneys for Plaintiffs Loretta Downs and D'Andre Parker and all others similarly situated

6  *(Additional Attorneys for Plaintiffs listed on next page)*

7  WINSTON & STRAWN LLP
8  Joan B. Tucker Fife (State Bar No. 144572)
   jfife@winston.com
9  Benjamin M. Gipson (State Bar No. 222830)
10 bgipson@winston.com
   Emile C. Woodhead (State Bar No. 240464)
11 Audrey Shen Chui (State Bar No. 254510)
   333 South Grand Ave, Suite 3800
12 Los Angeles, CA 90071
13 Telephone: (213) 615-1700
   Facsimile: (213) 615-1750
14 Attorney for Defendant U.S. Foodservice, Inc.

15              UNITED STATES DISTRICT COURT FOR THE NORTHERN
16                          DISTRICT OF CALIFORNIA
17                          SAN FRANCISCO DIVISION

18 LORETTA DOWNS and D'ANDRE         Case No. 10-2163 EMC
19 PARKER, individually and
   on behalf of all others similarly  **JOINT STIPULATION AND**
20                                    **ORDER RESETTING CASE**
21                                    **MANAGEMENT CONFERENCE**
                                      **FROM SEPTEMBER 9, 2010 TO**
22                                    **SEPTEMBER 29, 2010** ; ORDER
23 Plaintiffs,
24
25 v.
26 U.S. FOODSERVICE,
   INC.
27         Defendant.
28

---
1

Joint Motion

1  ACKERMANN & TILAJEF, P.C.
   Craig J. Ackerman (State Bar No. 229832)
2  cja@laborgators.com
   Rachelle Tsarovsky (State Bar No. 248032)
3  rachelle@laborgators.com
   1180 South Beverly Drive, Suite 610
4  Los Angeles, California 90035
5  Telephone: (310) 277-0614
   Facsimile: (310) 277-0635
6
7  KAMBER LAW, LLP
   Julian A. Hammond (State Bar No. 268489)
8  jhammond@kamberlaw.com
   Avi Kreitenberg (State Bar No. 266571)
9  akreitenberg@kamberlaw.com
   1180 South Beverly Drive, Suite 601
10 Los Angeles, California 90035
11 Telephone: (310) 400-1050
   Facsimile: (310) 400-1056

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:

Plaintiffs, Loretta Downs and D'Andre Parker (collectively "Plaintiffs"), by and through their undersigned attorneys, Ackermann & Tilajef, P.C., by Craig Ackermann, Esq., and Goldstein, Demchak, Baller, Borgen & Dardarian, by Morris Baller, Esq., and Defendant U.S. Foodservice, Inc. ("Defendant" or "U.S. Foodservice") by and through its attorneys of record, Winston & Strawn LLP, by Benjamin M. Gipson, Esq., hereby stipulate as follows:

WHEREAS Plaintiffs filed the instant case in Alameda Superior Court on behalf of themselves and others similarly situated on April 9, 2010;

WHEREAS Defendant filed its Notice of Removal of Civil Action to Federal Court on May 19, 2010;

WHEREAS the Court, in its May 19, 2010 Order Setting Initial Case Management Conference and Deadlines, set the Case Management Conference for September 8, 2010 at 1:30 p.m.;

WHEREAS the Court, in its July 27, 2010 Order, reset the Case Management Conference for September 9, 2010 at 2:30 p.m.;

WHEREAS the 9th and 10th of September, 2010 is the Jewish High Holiday of Rosh Hashanah;

WHEREAS some or all of Plaintiffs' counsel will be unable to attend a conference on the 9th or 10th of September due to their observance of Rosh Hashanah;

WHEREAS Plaintiffs' lead counsel, Morris Baller, will be unavailable from September 11, 2010 through September 27, 2010;

WHEREAS Plaintiffs request, and Defendant does not oppose, rescheduling the Case Management Conference to September 29, 2010, at 1:30 p.m.;

3

Joint Motion

WHEREAS the parties have agreed to confer pursuant to Rule 26(f) on August 16, 2010 to allow discovery to move forward while awaiting the September 29, 2010 Case Management Conference;

NOW, THEREFORE, the parties hereby stipulate and agree that the current Case Management Conference date of September 9, 2010 should be rescheduled to September 29, 2010, at 1:30 p.m..

It is so Stipulated and Agreed by:

ACKERMANN & TILAJEF, P.C.

Date: 7/30/10

By: _____
Craig J. Ackermann
Counsel for Plaintiffs

GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN

Date: 7/29/10

By: _____
Morris Baller
Counsel for Plaintiffs

Date: 7/30/10

WINSTON & STRAWN LLP

By: _____
Counsel for Defendant

//
//
//
//
//
//
//

4

Joint Motion

## ORDER

GOOD CAUSE having been shown, the Court hereby vacates the Case Management Conference date of September 9, 2010 and resets the Case Management Conference for September 29, 2010, at 1:30 p.m..

Joint CMC statement shall be filed by September 22, 2010.



## PROOF OF SERVICE

Case: LORETTA DOWNS, et al. v. U.S. FOODSERVICE, INC., et al.
Case No. 10-2163 EMC

STATE OF CALIFORNIA )
) SS
COUNTY OF ALAMEDA )

I have an office in the county aforesaid. I am over the age of eighteen years and not a party to the within entitled action. My business address is 300 Lakeside Drive, Suite 1000, Oakland, California 94612.

I declare that on the date hereof I served a copy of

**JOINT STIPULATION ANSD ORDER RESETTING CASE MANAGEMENT CONFERENCE FROM SEPTEMBER 9, 2010 TO SEPTEMBER 29, 2010**

**DECLARATION OF CRAIG J ACKERMAN IN SUPPORT OF JOINT STIPULATION ANSD ORDER RESETTING CASE MANAGEMENT CONFERENCE FROM SEPTEMBER 9, 2010 TO SEPTEMBER 29, 2010**

by causing a true copy thereof to be mailed by depositing the same in a sealed envelope in the U.S. mail with postage prepaid and addressed to:

Avi Melech Kreitenberg
Julian Ari Hammond
Kamber Law
1180 South Beverly Drive, Suite 601
Los Angeles, CA 90035

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed at Oakland, California on August 2, 2010.

Scott Grimes
Printed Name                    Signature