1 **ORDER**

2 Having read the foregoing Stipulation to Continue Hearing re Motion to Stay;

3 **IT IS HEREBY ORDERED:**

4 That the hearing re Motion to Stay scheduled for November 3, 2010 at 10:30 a.m. is continued

5 to November 10, 2010 at ~~10:30 a.m.~~  3:00 p.m.  Opposition remains to be due on October 13, 2010.

6 Reply remains to be due on October 20, 2010.

7 Dated: October 14, 2010

8 The Hon. Edward M. Chen
United States Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

---

1

[PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO STAY

210258-1