Morris J. Baller (SBN 048928)
mballer@gdblegal.com
Jessica Stender (SBN 270025)
jstender@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER,
  BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800; (510) 835-1417 (Fax)

Julian Hammond (SBN 268489)
Hammond.julian@gmail.com
HammondLaw, PC
1180 S. Beverly Drive, Suite 601
Los Angeles, CA 90035
(310) 601-6766; (310) 295-2385 (Fax)

Craig J. Ackermann (SBN 229832)
cja@laborgators.com
Rachelle Tsarovsky (SBN 248032)
rachelle@laborgators.com
ACKERMANN & TILAJEF, P.C.
1180 South Beverly Drive, Suite 610
Los Angeles, CA 90035
(310) 277-0614; (310) 277-0635 (Fax)

Attorneys for Plaintiffs Loretta Downs and
D'Andre Parker and all others similarly situated

WINSTON & STRAWN LLP
Joan B. Tucker Fife (SBN 144572)
jfife@winston.com
Benjamin M. Gipson (SBN 222830)
bgipson@winston.com
Emile C. Woodhead (SBN 240464)
ewoodhead@winston.com
Audrey Shen Chui (SBN 254510)
achui@winston.com
333 South Grand Ave., Suite 3800
Los Angeles, CA 90071
(213) 615-1700; (213) 615-1750 (Fax)

Attorney for Defendant U.S. Foodservice, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LORETTA DOWNS and D'ANDRE PARKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. FOODSERVICE, INC.,<br><br>Defendant. | Case No.: 10-2163 EMC<br><br>**JOINT STIPULATION AND ORDER RESETTING CASE MANAGEMENT CONFERENCE FROM JANUARY 21, 2011 TO FEBRUARY 23, 2011; [PROPOSED] ORDER** |

JOINT STIPULATION AND ORDER RESETTING CASE MANAGEMENT CONFERENCE FROM JANUARY 21, 2011 TO
FEBRUARY 23, 2011; [PROPOSED] ORDER - CASE NO.: 10-2163 EMC

242005-1

1   IT IS STIPULATED, THROUGH COUNSEL OF RECORD:

2   Plaintiffs, Loretta Downs and D'Andre Parker (collectively "Plaintiffs"), and Defendant U.S.
3   Foodservice, Inc. ("Defendant" or "U.S. Foodservice") by and through their undersigned attorneys of
4   record, hereby stipulate as follows:

5   WHEREAS, the Court has set a continued Case Management Conference for January 21, 2011
6   at 10:30 a.m.;

7   WHEREAS, one of the principal purposes of that Case Management Conference is to report to
8   the Court on the status of the parties' discussions regarding limited discovery including the use of data
9   and records for a representative sample of class members;

10  WHEREAS, the attorneys for the parties have held, and are continuing to engage in,
11  cooperative and productive discussions concerning the precise means of drawing a representative
12  sample of class members for the limited discovery, but the parties' discussions have not yet concluded
13  due to certain delays in data and document retrieval and due to holiday travel and vacation schedules;

14  WHEREAS, the requested continuance would permit the parties to complete their discussions
15  and present to the Court an agreed-upon plan for limited discovery, including use of a representative
16  sample of class members;

17  WHEREAS, the Court's first regularly scheduled CMC calendar date after January 26, 2011 on
18  which both sides' counsel can attend a CMC consistent with their other litigation commitments is
19  February 23, 2011; and

20  WHEREAS, the requested continuance will not delay the completion of discovery, on which
21  the parties continue to work diligently and cooperatively;

22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1  NOW, THEREFORE, the parties hereby and agree that the current Case Management
2  Conference date of January 21, 2011 should be rescheduled to February 23, 2011 at 2:30 p.m.
3  It is so Stipulated and Agreed by:

4  Date: ___Jan. 6, 2011___

GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN

By: _Morris J. Baller_
Morris J. Baller
Counsel for Plaintiffs

9  Date: _____

WINSTON & STRAWN, LLP

By: _____
Counsel for Defendant

2

JOINT STIPULATION AND ORDER RESETTING CASE MANAGEMENT CONFERENCE FROM JANUARY 21, 2011 TO FEBRUARY 23, 2011; [PROPOSED] ORDER - CASE NO.: 10-2163 EMC

242005-1

## [PROPOSED] ORDER

GOOD CAUSE having been shown, the Court hereby vacates the Case Management and the status hearing on Defendant's motion to stay and status Conference date of January 21, 2011 and resets the Case Management Conference for February 23, 2011, at ~~2:30 p.m.~~ 10:30 a.m. The Joint CMC Statement shall be filed by February 16, 2011.  Which statement shall include a joint proposed discovery plan.

Dated:     January 7, 2011



_____
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

1

PROPOSED ORDER RE RESETTING CASE MANAGEMENT CONFERENCE FROM JANUARY 21, 2011 TO FEBRUARY 23, 2011 – CASE NO.: 10-2163 EMC

242220-1