1  Morris J. Baller (SBN 048928)
   mballer@gdblegal.com
2  Jessica Stender (SBN 270025)
   jstender@gdblegal.com
3  GOLDSTEIN, DEMCHAK, BALLER, BORGEN
      & DARDARIAN
4  300 Lakeside Drive, Suite 1000
   Oakland, CA 94612
5  (510) 763-9800; (510) 835-1417 (Fax)

6  Julian Hammond (SBN 268489)
   Hammond.julian@gmail.com
7  HammondLaw, PC
   1180 S. Beverly Drive, Suite 601
8  Los Angeles, CA 90035
   (310) 601-6766
9  (310) 295-2385 (Fax)

10 Craig J. Ackermann (SBN 229832)
   cja@laborgators.com
11 Rachelle Tsarovsky (SBN 248032)
   rachelle@laborgators.com
12 ACKERMANN & TILAJEF, P.C.
   1180 South Beverly Drive, Suite 610
13 Los Angeles, CA 90035
   (310) 277-0614; (310) 277-0635 (Fax)

   Joan B. Tucker Fife
   jfife@winston.com
   WINSTON & STRAWN LLP
   101 California St Ste 3900
   San Francisco, CA 94111
   (415) 591-1513
   (415) 591-1400 (Fax)

   Benjamin M. Gipson
   bgipson@winston.com
   Emile C. Woodheard
   ewoodhead@winston.com

   WINSTON & STRAWN LLP
   333 South Grand Avenue, Suite 3800
   Los Angeles, CA 90071
   (213) 615-1700
   (213) 615-1750 (Fax)
   Attorneys for Defendant U.S. Foodservice, Inc.

14
15 Attorneys for Plaintiffs Loretta Downs and
   D'Andre Parker and all others similarly situated

16                UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18                   SAN FRANCISCO DIVISION

19 LORETTA DOWNS and D'ANDRE PARKER,          Case No.: 10-2163 EMC
   individually and on behalf of all others similarly
20 situated,                                  **JOINT CASE MANAGEMENT
                                              CONFERENCE STATEMENT** ; ORDER
21              Plaintiffs,
                                              Date:    May 18, 2011
22 vs.                                        Time:    2:30 p.m.
                                              Ctrm:    2
23 U.S. FOODSERVICE, INC.,                    Hon. Edward Chen

24              Defendant.

25
26
27
28

271415-2

1    Plaintiffs and Defendant jointly submit this Case Management Conference Statement, and

2    request a continuance of the Conference for the reasons stated below.

3    Several months ago, the parties agreed upon a Mediator, Jeffrey A. Ross, and a mediation date,

4    April 27, 2011. The parties worked cooperatively to exchange views and analyses in order to come to

5    mediation with full understanding of each others' positions. Specifically, pursuant to the parties'

6    agreement to exchange information prior to mediation, Defendant produced to Plaintiffs' counsel a

7    large volume of documentation and data concerning the itineraries, daily driver logs, and driving-time

8    records for an agreed-upon random sample of class members, for certain periods of time throughout

9    the class period that were selected by an agreed-upon method. Plaintiffs analyzed this data in

10   considerable detail, and as part of the pre-mediation discussions provided Defendants with an informal

11   report on the results of their analysis. The parties had a productive discussion of these results, and the

12   results of Defendant's parallel analysis of other similar data, prior to the scheduled mediation.

13   The mediation did not take place, however. U.S. Foodservice's decision-maker, who had been

14   designated to attend the mediation for Defendant and who was to carry settlement authority, could not

15   attend the mediation because she is leaving her employment with U.S. Foodservice. The parties have

16   attempted to re-schedule the mediation with Mr. Ross at the earliest date consistent with his

17   availability and that of a new, and fully-briefed, decision-maker for U.S. Foodservice. Although the

18   parties wish to conduct the mediation in June, Mr. Ross has no available dates consistent with the

19   parties' counsel's availability until August 17; and that date has been reserved for the mediation. The

20   parties have requested Mr. Ross to offer them any cancellation date that may come available to him in

21   June; but to date Mr. Ross has had no such cancellations. In the event that a June mediation date does

22   not become available. Plaintiff has proposed to Defendant that Class Counsel receive the updated

23   class list with contact information and has further proposed taking a deposition of Defendant on a

24   number of topics pursuant to Rule 30(b)(6).

25   Accordingly, the parties request that the Court continue the Case Management Conference until

26   approximately one month after the scheduled mediation date, or mid- September. This continuance

27   will provide time for the parties to complete the mediation and any short-term follow up necessary to

28   determine whether the case may be settled at this stage; and if it is settled, to complete the necessary

271415-2

1  documents and to obtain a hearing date for the Plaintiffs' Motion for Preliminary Approval.  The

2  parties further request, in light of their ongoing cooperation and focus on preparing for a productive

3  mediation, that the Court vacate any pending hearings and due or cut-off dates, including the hearing

4  reserved for preliminary approval of any settlement on May 18, 2011 at 3:00 p.m.

5  Dated:  May 11, 2011                         Respectfully submitted,

6                                               GOLDSTEIN, DEMCHAK, BALLER, BORGEN &
                                                DARDARIAN
7

8

9  MORRIS J. BALLER (SBN 048928)
   mballer@gdblegal.com
   Jessica Stender (SBN 270025)
10 jstender@gdblegal.com
   300 Lakeside Drive, Suite 1000
11 Oakland, CA  94612
   (510) 763-9800; (510) 835-1417 (Fax)
12
   JULIAN HAMMOND (SBN 268489)
13 Hammond.julian@gmail.com
   HammondLaw, PC
14 1180 S. Beverly Drive, Suite 601
   Los Angeles, CA  90035
15 (310) 601-6766; (310) 295-2385 (Fax)

16 CRAIG J. ACKERMANN (SBN 229832)
   cja@laborgators.com
17 Rachelle Tsarovsky (SBN 248032)
   rachelle@laborgators.com
   ACKERMANN & TILAJEF, P.C.
18 1180 South Beverly Drive, Suite 610
   Los Angeles, CA  90035
19 (310) 277-0614; (310) 277-0635 (Fax)

20 Attorneys for Plaintiffs Loretta Downs and D'Andre Parker
   and all others similarly situated

21

22

23

24

25

26

27

28

271415-2

1
2    Dated: May 11, 2011

                                    _____
                                    Joan B. Tucker Fife
3                                   jfife@winston.com
                                    WINSTON & STRAWN LLP
4                                   101 California St Ste 3900
                                    San Francisco, CA  94111
5                                   (415) 591-1513; (415) 591-1400 (Fax)

6                                   Benjamin M. Gipson
                                    bgipson@winston.com
7                                   Emile C. Woodheard
                                    ewoodhead@winston.com
8                                   Audrey Shen Chui
                                    achui@winston.com
9                                   WINSTON & STRAWN LLP
                                    333 South Grand Avenue, Suite 3800
10                                  Los Angeles, CA  90071
                                    (213) 615-1700; (213) 615-1750 (Fax)
11                                  Attorneys for Defendant U.S. Foodservice, Inc

12
13
14

15       IT IS SO ORDERED that the status conference set for 5/18/11 at 2:30 p.m. is reset
16   for 9/14/11 at 2:30 p.m.  An updated joint status report shall be filed by 9/7/11.

17
         _____
18   Edward M. Chen
     U.S. Magistrate
19



20
21
22
23
24
25
26
27
28

                                        3