Morris J. Baller (SBN 048928)
mballer@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER, BORGEN
    & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800; (510) 835-1417 (Fax)

Julian Hammond (SBN 268489)
Hammond.julian@gmail.com
HAMMONDLAW, PC
1180 S. Beverly Drive, Suite 601
Los Angeles, CA 90035
(310) 601-6766; (310) 295-2385 (Fax)

Craig J. Ackermann (SBN 229832)
cja@laborgators.com
ACKERMANN & TILAJEF, P.C.
1180 South Beverly Drive, Suite 610
Los Angeles, CA 90035
(310) 277-0614
(310) 277-0635 (Fax)

Attorneys for Plaintiffs Loretta Downs and
D'Andre Parker and all others similarly situated

Joan B. Tucker Fife (SBN: 144572)
jfife@winston.com
Daniel J. Aguilar (SBN: 256557)
daguilar@winston.com
WINSTON & STRAWN LLP
101 California St Ste 3900
San Francisco, CA 94111
(415) 591-1513; (415) 591-1400 (Fax)

Emile C. Woodhead (SBN: 240464)
ewoodhead@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, Suite 3800
Los Angeles, CA 90071
(213) 615-1700; (213) 615-1750 (Fax)

Attorneys for Defendant U.S. Foodservice, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LORETTA DOWNS and D'ANDRE PARKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. FOODSERVICE, INC.,<br><br>Defendant. | Case No.: 10-2163 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER SHORTENING TIME TO HEAR UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE TO CLASS** |

STIPULATION AND [PROPOSED] ORDER SHORTENING TIME TO HEAR UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE TO CLASS - CASE NO.: 10-2163 EMC

369495-3

1     Plaintiffs, Loretta Downs, et al., and Defendant, US Foods, Inc., by their undersigned counsel, hereby Stipulate that the Court may, and jointly request that the Court should, enter the proposed Order set forth below permitting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and for Notice to the Class to be heard on shortened time. Specifically, the parties request that the Court permit the Motion to be filed on February 17, 2012 and to be heard on March 16, 2012, on less than the standard 35 days' notice. Plaintiffs and Defendant so stipulate and request for the following reasons:

1. The parties and the Court previously reserved March 16, 2012 as the hearing date for this Motion when the parties anticipated that the Motion would be filed on February 10, 2012, giving 35 days' notice.

2. Due to delays in the completion of the voluminous settlement documents, Plaintiffs have been unable to submit their Motion for filing until February 17, 2012, 28 days before the reserved hearing date. However, that Motion is being submitted simultaneously with this Stipulation.

3. The Motion will be unopposed, and the parties do not anticipate any further briefing of the Motion beyond the papers submitted on February 17, 2012. Therefore, the Court's time to review the Motion and all papers submitted with it will not be unduly limited.

Therefore, Plaintiffs and Defendant stipulate to, and request that the Court enter, the proposed Order set forth below.

Dated: February 17, 2012      Respectfully submitted,

GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN

/s/ Morris J. Baller

MORRIS J. BALLER (SBN 048928)
mballer@gdblegal.com
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800; (510) 835-1417 (Fax)

JULIAN HAMMOND (SBN 268489)
Hammond.julian@gmail.com
HAMMONDLAW, PC
1180 S. Beverly Drive, Suite 601
Los Angeles, CA 90035
(310) 601-6766; (310) 295-2385 (Fax)

|   |   |
|---|---|
| 1 | CRAIG J. ACKERMANN (SBN 229832) |
|   | cja@laborgators.com |
| 2 | ACKERMANN & TILAJEF, P.C. |
|   | 1180 South Beverly Drive, Suite 610 |
| 3 | Los Angeles, California 90035 |
|   | (310) 277-0614; (310) 277-0635 (Fax) |
| 4 |   |
|   | Attorneys for Plaintiffs Loretta Downs and D'Andre |
| 5 | Parker and all others similarly situated |
| 6 | Dated: February 17, 2012 |
|   | _____ |
| 7 | Joan B. Tucker Fife (SBN: 144572) |
|   | jfife@winston.com |
| 8 | Daniel J. Aguilar (SBN: 256557) |
|   | daguilar@winston.com |
|   | WINSTON & STRAWN LLP |
| 9 | 101 California St Ste 3900 |
|   | San Francisco, CA  94111 |
| 10 | (415) 591-1513; (415) 591-1400 (Fax) |
| 11 | Emile C. Woodhead (SBN: 240464) |
|   | ewoodhead@winston.com |
| 12 | WINSTON & STRAWN LLP |
|   | 333 South Grand Avenue, Suite 3800 |
| 13 | Los Angeles, CA  90071 |
|   | (213) 615-1700; (213) 615-1750 (Fax) |
| 14 |   |
|   | Attorneys for Defendant U.S. Foodservice, Inc. |

2

STIPULATION AND [PROPOSED] ORDER SHORTENING TIME TO HEAR UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE TO CLASS - CASE NO.: 10-2163 EMC

369495-3

[PROPOSED] ORDER SHORTENING TIME TO HEAR UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Upon the Stipulation and request of the parties, and for good cause shown, it is hereby ORDERED that Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and For Notice to Class may be filed on February 17, 2012, for hearing on shortened time on March 16, 2012. There shall be no further briefing unless so ordered.

Dated: February 23, 2012



UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen