UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORETTA DOWNS, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. FOODSERVICE, INC.,<br><br>    Defendant.<br>_____/ | No. C-10-2163 EMC<br><br>**ORDER RE QUESTIONS FOR MARCH 16, 2012 ORAL ARGUMENT** |

Plaintiffs' motion for preliminary approval of settlement is set for hearing Friday, March 16, 2012. Docket No. 50. The parties shall be prepared to discuss and present additional evidence if necessary on the following questions:

1. What is the basis for the 85%-15% split between the two funds? How many members of the class are eligible for each fund? What is the projected average recovery for class members in each fund?

2. If there is concern about retaliation, why should current employees hired after October 2010 (or is it 2011?) and those who are Nevada/Arizona Drivers be required to file a claim?

3. How should conflicts between the settlement agreement and notice as to whom objections and opt outs should be sent be resolved?

///

///

///

4. Aside from mailed notices, should there be supplemental means of giving class notice (Internet, publication, etc.)?

IT IS SO ORDERED.

Dated: March 13, 2012

_____
EDWARD M. CHEN
United States District Judge